FILED
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 15 2016

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TYLER BUTLER**                                                                            **PLAINTIFF**

VS.                          CASE NO. 4:16cv144-JM

**ROSS ATKINS and BANCROFT & SONS
TRANSPORTATION, LLC**                                                    **DEFENDANT**

## NOTICE OF REMOVAL

Separate defendant, Bancroft & Sons Transportation, LLC ("Bancroft") pursuant to 28 U.S.C. §§ 1441 and 1446, state as follows:

1. On February 16, 2016, Plaintiff commenced an action in the Circuit Court of Pulaski County, Arkansas entitled Tyler Butler v. Ross Atkins and Bancroft & Sons Transportation, LLC Case No. 60CV-16-879, by filing a complaint.

2. Plaintiff states a cause of action for negligence.

3. Plaintiff seeks compensatory damages.

4. Defendant Bancroft was served with summons and complaint on February 19, 2016. Defendant Ross Atkins has not been served yet with summons and complaint but is consenting to this removal. This Notice of Removal is filed within thirty days after service of the summons and complaint on Bancroft and is, therefore, timely filed pursuant to 28 U.S.C. § 1446(b)(2)(B).

5. Copies of all process and pleadings served on Defendants in the state court action are attached as Exhibit "A." A copy of Bancroft's answer is attached as Exhibit "B."

This case assigned to District Judge Moody
and to Magistrate Judge Harris

1300662-v1

6.  This action is removable pursuant to the provisions of 28 U.S.C. § 1441. It is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332 in that there is complete diversity between all named parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### JURISDICTION UNDER 28 U.S.C. §§ 1332

<u>All Named Parties are Diverse</u>

8.  Plaintiff is, upon information and belief, a resident citizen of Pulaski County, Arkansas. *Plaintiff's Complaint* ¶3.

9.  Defendant Ross Atkins is a resident of Garland, Texas, and was a resident of Fort Worth, Texas at the time of the accident giving rise to this lawsuit.

10. A defendant that is a limited liability company has the citizenship of its members for the purposes of diversity jurisdiction. *Onepoint Solutions, LLC v. Borchert,* 486 F.3d 342, 346 (8th Cir. 2007)(stating that for purposes of diversity jurisdiction, the citizenship of a limited liability company "is the citizenship of each of its members")(citing *GMAC Commer. Credit LLC v. Dillard Dep't Stores, Inc.,* 357 F.3d 827, 829 (8th Cir. 2004). Accordingly, defendant Bancroft is a citizen of Texas. Bancroft & Sons Transportation, LLC has nine members, all of whom are residents and citizens of Texas. Because a limited liability company has the citizenship of its member(s) for purposes of diversity jurisdiction, Bancroft is a citizen of Texas.

<u>The Amount in Controversy Exceeds the Jurisdictional Amount</u>

11. For this court to have subject-matter jurisdiction based on diversity of citizenship, the amount in controversy must exceed the sum or value of $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a).

12. Plaintiff states in the WHEREFORE clause of his complaint that he is seeking a judgment from defendants "in the sum of at least $150,000.00." *Plaintiff's Complaint under the "WHEREFORE" clause.*

13. Jurisdiction over this action thus exists under 28 U.S.C. §§ 1332.

WHEREFORE, defendants Bancroft & Sons Transportation, LLC and Ross Atkins remove the state court action from the Circuit Court of Pulaski County, Arkansas to this Court, and move that this Court take jurisdiction of this civil action to the exclusion of any further proceedings in said state court.

> WRIGHT, LINDSEY & JENNINGS LLP
> 200 West Capitol Avenue, Suite 2300
> Little Rock, Arkansas 72201-3699
> (501) 371-0808
> Fax: (501) 376-9442
> E-mail: jsallings@wlj.com
>
> By _____
> Jerry Sallings (84134)
> *Attorneys for Bancroft & Sons Transportation, LLC*

## CERTIFICATE OF SERVICE

On March 15, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of the filing to the following:

- **Todd Griffin**
  todd@toddgriffinlaw.com

Jerry J. Sallings
Arkansas Bar No. 84134
*Attorneys for Bancroft & Sons Transportation, LLC*
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201
Telephone: (501) 371-0808
E-mail: jsallings@wlj.com

1300662-v1



### LAW OFFICES OF
### TODD GRIFFIN, PLLC
ATTORNEY AT LAW

February 16, 2016

**CERTIFIED MAIL/RESTRICTED
RETURN RECEIPT
NO. 7010-2780-0002-1178-0240**

BANCROFT & SONS TRANSPORTATION, LLC
Charles C. Bancroft, Sr., AGENT
3390 High Prairie Road
Grand Prairie, TX 75050

Re: **Tyler Butler vs. Ross Atkins and Bancroft & Sons Transportation, LLC
Pulaski Circuit No. 60CV-16-879**

Dear Agent for Service – Charles Bancroft, Sr.

Enclosed are copies of Summons and Complaint in the above-referenced case which are being served upon you pursuant to Rule 4, Arkansas Rules of Civil Procedure.

You should read the SUMMONS carefully and follow the instructions contained therein.

Very truly yours,

Todd Griffin
/tlg
Enclosures: Summons, Complaint

**EXHIBIT A**

Plaza West Building • 415 North McKinley, Suite 1000 • Little Rock, Arkansas 72205
Telephone 501.975.6655 • Facsimile 501.975.6657 • todd@toddgriffinlaw.com

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
HON. MARY S. MCGOWAN - 9TH DIVISION 6TH CIRCUIT

TYLER BUT VS ROSS ATKINS BANCROFT & SONS TRAN,LLC

60CV-16-879

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

BANCROFT & SONS TRANSPORTATION, LLC
UNKNOWN
UNKNOWN, UN  UNKNOWN

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint.  Within 30 days after service of this summons on you (not counting the day you received it) - or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas - you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

TODD GRIFFIN
415 N MCKINLEY STE 1000
Little Rock, AR  72205

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

Additional notices:
•Notice of Right to Consent to Disposition of Case by a State District Court Judge


Address of Clerks Office

LARRY CRANE,  CIRCUIT CLERK
CIRCUIT COURT OF PULASKI COUNTY
401 W. MARKHAM
LITTLE ROCK, AR  72201

CLERK OF COURT

*[signature]*

TIMOTHY BRYANT, DC

Date: 02/16/2016

**NOTICE OF RIGHT TO CONSENT
TO DISPOSITION OF CASE BY A STATE DISTRICT COURT JUDGE**

In accordance with Administrative Order Number 18, you are hereby notified that upon the consent of all the parties in a case, a State District Court Judge may be authorized to conduct all proceedings, including trial of the case and entry of a final judgment. Copies of appropriate consent forms are available from the Circuit Clerk.

You should be aware that your decision to consent or not to consent to the disposition of your case before a State District Court Judge is entirely voluntary, and by consenting to the reference of this matter to a State District Court Judge, the parties waive their right to a jury trial, and any appeal in the case shall be taken directly to the Arkansas Supreme Court or Court of Appeals as authorized by law.

You should communicate your consent by completing the Form -- CONSENT TO PROCEED BEFORE A STATE DISTRICT COURT JUDGE -- and return to the Circuit Clerk.

*Timothy S. Bryant*

Circuit Clerk
Date: 02/16/2016

No. 60CV-16-879 This summons is for   BANCROFT & SONS TRANSPORTATION, LLC (name of Defendant).

PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____[place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____[address] with _____[name], a person at least 14 years of age who resides there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____[name of defendant] on _____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]:
_____

☐ I was unable to execute service because:
_____
_____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____        SHERIFF OF _____ COUNTY, ARKANSAS

                             By: _____
                             [Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____     By: _____
                          [Signature of server]

                          _____
                          [Printed name]

Address: _____
_____

Phone: _____

Subscribed and sworn to before me this date: _____

                          _____
                          Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____
_____

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2016-Feb-16 09:14:02
60CV-16-879
C06D09 : 4 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

TYLER BUTLER                                                                PLAINTIFF

VS.                          CASE NO. _____

ROSS ATKINS and BANCROFT & SONS
TRANSPORTATION, LLC                                                  DEFENDANTS

## COMPLAINT

Comes now the Plaintiff, Taylor Grimes, by and through her attorney, Todd L. Griffin, with the Law Offices of Todd Griffin, and for her cause of action against the Defendant, states:

### I. STATEMENT OF JURISDICTION

1. This claim is brought pursuant to this Court's jurisdiction over personal injury claims predicated on negligence, such jurisdiction granted by A.C.A. 16-13-201. Also, since the collision occurred in Little Rock, Pulaski County, Arkansas, this Court has jurisdiction, under the Long Arm Statute, over both Texas Defendants in this cause of action.

2. Venue is proper under A.C.A. 16-60-112 in that, at the incident herein complained of, Plaintiff resided in Little Rock, Pulaski County, Arkansas, and the motor vehicle collision at issue also occurred in Little Rock, Pulaski County, Arkansas.

### II. PARTIES TO THE CLAIM

3. At the time of the incident described herein, Plaintiff was a resident of Little Rock, Pulaski County, Arkansas.

4. At the time of the incident described herein, Defendant Ross Atkins was a resident of Fort Worth, Texas, and was an employee of Defendant Bancroft & Sons Transportation, LLC, when he negligently rear-ended Plaintiff's vehicle. Defendant Ross Atkins can be served at his home located at 8417 Bellchase Drive, Apt# 17, Fort Worth, TX 76120.

5. Defendant Bancroft & Sons Transportation, LLC, the employer of Defendant Ross

Atkins at the time of the collision at issue in this case, is a foreign corporation doing business in Arkansas at the time of the collision, as their driver, Defendant Ross Atkins, was driving its tractor trailer truck, while in the course and performance of his employment with Defendant Bancroft & Sons Transportation, LLC, in Little Rock, Pulaski County, Arkansas.

### III. STATEMENT OF THE CASE

6. On December 5, 2014, at approximately 12:20 a.m., Plaintiff Tyler Butler was driving his mother's 2004 Toyota Avalon on east in the outside lane of I-30, near the 65th Street Exit in Little Rock, Pulaski County, Arkansas. At the same place and time, Defendant Ross Atkins, while in the course and performance of his employment with Defendant Bancroft & Sons Transportation, LLC, was driving his employer's 2015 Volvo Tractor Trailer truck east in the outside lane of I-30, near the 65th Street Exit in Little Rock, Pulaski County, Arkansas, behind Plaintiff's vehicle, when he carelessly and negligently rear-ended Plaintiff's vehicle causing substantial damage to his mother vehicle to the point of being totaled and causing severe injuries to Plaintiff.

7. Defendant Ross Atkins, while in the course and performance of his employment with Defendant Bancroft & Sons Transportation, LLC, was negligent in the following particulars, with that negligence being imputed to his employer Defendant Bancroft & Sons Transportation, LLC:

    (a) In failing to keep a proper lookout by looking down and away from the roadway and traffic in front of him

    (b) In failing to keep the vehicle he was driving under proper control;

    (c) In failing to yield the right of way to Plaintiff's vehicle in violation of Arkansas law;

    (d) In driving the said vehicle at a speed greater than was reasonable and prudent

under the circumstances (fog) then existing;

(f)    In failing to exercise ordinary care for his own safety and for the safety of others using the roadway; and

(h)    In following vehicles too closely in violation of law.

8.    These acts of negligence and carelessness on the part of Defendant were the proximate cause of the injuries and damages suffered by the Plaintiff, Taylor Grimes, as more specifically described herein.

9.    As a proximate result of the negligence and carelessness of Defendant Ross Atkins, with that negligence being imputed to his employer Defendant Bancroft & Sons Transportation, LLC, Plaintiff Tyler Butler was injured and his mother's vehicle was totaled in the collision. Specifically, Plaintiff Tyler Butler Tyler Butler's initial encounter for treatment was at Baptist Health Medical Center where he complained of injuries to his head/neck and shoulder/arm. He followed-up with All For Kids with his injuries still bothering him and to be re-evaluated. He advised he still had pain in his elbow, shoulder, back, left forehead and neck. His left eye was still sore and that he was given flexeril and naproxen for pain. Mr. Butler was referred to Baptist Health Therapy for physical therapy of his injuries. He also was referred to OrthoArkansas where it was determined that he had right shoulder rotator cuff tear. He had to undergo Arthroscopy and debridement of rotator cuff tear, with that surgery occurring on February 16, 2015. As a result of his injuries and treatment, as outlined above, Plaintiff Tyler Butler incurred medicals of at least $28,195.42, surgery, rehab and pain and suffering. Plaintiff Tyler Butler also lost wages at his job with Panera Bread.

10.    Plaintiff Tyler Butler is entitled to recover for the following damages, all of which were proximately caused by the negligence and carelessness of Defendant Ross Atkins, with that

negligence being imputed to his employer Defendant Bancroft & Sons Transportation, LLC,:

    (a)    Damages for severe emotional distress suffered by Plaintiff after the impact and continuing through the present;

    (b)    Damages for severe pain and suffering visited upon Plaintiff due to his injuries;

    (c)    Compensatory damages for medical and other out of pocket expenses;

    (d)    Damages for future pain and suffering;

    (e)    Damages for lost wages;

    (f)    Compensatory damages for the nature, extent and duration of his injuries; and

    (g)    Damages for the scars, disfigurement and visible results of his injuries.

11. Plaintiff's total compensatory damages, as shall be proved by the evidence, are in excess of $150,000.00.

12. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, Tyler Butler, prays that he have and recover judgment against Defendant Ross Atkins and against his employer Defendant Bancroft & Sons Transportation, LLC, which is vicariously liable for Defendant Ross Atkins' negligent conduct and damages caused to Plaintiff by that conduct, in the sum of at least $150,000.00 in compensatory damages, for costs, for post-judgment interest, and for all other proper relief.

        Respectfully submitted,

        /s/ Todd Griffin, #91064
        Attorney for Plaintiff
        LAW OFFICES OF TODD GRIFFIN
        415 N. McKinley, Suite 1000
        Little Rock, AR 72205
        (501) 975-6655

ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2016-Mar-14 10:57:39
60CV-16-879
C06D09 : 3 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
NINTH DIVISION

TYLER BUTLER     PLAINTIFF

VS.     NO. 60CV-16-879

ROSS ATKINS and BANCROFT & SONS
TRANSPORTATION, LLC     DEFENDANTS

## ANSWER OF SEPARATE DEFENDANT BANCROFT & SONS TRANSPORTATION, LLC

Separate defendant, Bancroft & Sons Transportation, LLC ("Bancroft"), for its answer to the complaint of Tyler Butler:

1. States that it lacks sufficient information to form a belief as to the truth of the allegations in paragraph 1 of the complaint, therefore, denies those allegations.

2. Admits that the accident giving rise to this lawsuit occurred in Little Rock, Pulaski County, Arkansas. States that it lacks sufficient information to form a belief as to the truth of the allegation as to plaintiff's residency at the time of the accident, therefore, denies that allegation. Denies the remaining allegations in paragraph 2 of the complaint.

3. States that it lacks sufficient information to form a belief as to the truth of the allegations in paragraph 3 of the complaint, therefore, denies those allegations.

4. Admits that at the time of the accident, Ross Atkins was an employee of Bancroft. Denies the remaining allegations in paragraph 4 of the complaint.

5. Admits that Ross Atkins was an employee of Bancroft and in the course and scope of that employment at the time of the accident giving rise to this lawsuit. States that it lacks sufficient information to form a belief as to the truth of the remaining allegations in paragraph 5 of the complaint, therefore, denies those remaining allegations.

EXHIBIT B

1300661-v1

6. Admits that on or about December 5, 2014 there was an impact between the vehicle driven by Tyler Butler and the vehicle driven by Ross Atkins, and that this impact occurred near the intersection of I-30 and 65th Street in Little Rock, Pulaski County, Arkansas while Ross Atkins was in the course and scope of his employment with Bancroft. Denies the remaining allegations in paragraph 6 of the complaint.

7. Denies the allegations in paragraph 7 of the complaint.

8. Denies the allegations in paragraph 8 of the complaint.

9. Denies the allegations in paragraph 9 of the complaint.

10. Denies the allegations in paragraph 10 of the complaint.

11. Denies the allegations in paragraph 11 of the complaint.

12. Denies the allegations in the "WHEREFORE" clause of the complaint.

13. States that any material allegations in the complaint not specifically admitted in this answer are denied.

14. Affirmatively states that any damages suffered by plaintiff were proximately caused by his own fault or the fault of others over whom this defendant had no control and to whom this defendant owed no duty; therefore, moves this court to instruct the trier of fact on comparative fault.

15. Moves to dismiss pursuant to Rule 12(b)(1), (2), and (3) of the ARCP for improper venue and jurisdiction in that the proper venue and jurisdiction for this case is federal court.

16. Reserves the right to plead further upon completion of discovery.

17. Demands a trial by 12 person jury.

1300661-v1

WHEREFORE, separate defendant Bancroft & Sons Transportation, LLC, moves this court for an order dismissing the complaint as to it; awarding costs of defending this action, including attorney fees, as to it; and for all other proper relief.

>WRIGHT, LINDSEY & JENNINGS LLP
>200 West Capitol Avenue, Suite 2300
>Little Rock, Arkansas 72201-3699
>(501) 371-0808
>FAX: (501) 376-9442
>E-MAIL: jsallings@wlj.com
>
>By _____
>Jerry J. Sallings (84134)
>Attorneys for Bancroft & Sons Transportation, LLC

## CERTIFICATE OF SERVICE

On March __14__, 2016, a copy of the foregoing was served by U.S. mail on Mr. Todd Griffin, 415 N. McKinley, Suite 1000, Little Rock, AR 72205.

_____
Jerry J. Sallings

1300661-v1