ELECTRONICALLY FILED
Pulaski County Circuit Court
Larry Crane, Circuit/County Clerk
2016-Feb-16 09:14:02
60CV-16-879
C06D09 : 4 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
CIVIL DIVISION

TYLER BUTLER                                                PLAINTIFF

VS.                         CASE NO. _____

ROSS ATKINS and BANCROFT & SONS
TRANSPORTATION, LLC                                         DEFENDANTS

## COMPLAINT

Comes now the Plaintiff, Taylor Grimes, by and through her attorney, Todd L. Griffin, with the Law Offices of Todd Griffin, and for her cause of action against the Defendant, states:

### I. STATEMENT OF JURISDICTION

1. This claim is brought pursuant to this Court's jurisdiction over personal injury claims predicated on negligence, such jurisdiction granted by A.C.A. 16-13-201. Also, since the collision occurred in Little Rock, Pulaski County, Arkansas, this Court has jurisdiction, under the Long Arm Statute, over both Texas Defendants in this cause of action.

2. Venue is proper under A.C.A. 16-60-112 in that, at the incident herein complained of, Plaintiff resided in Little Rock, Pulaski County, Arkansas, and the motor vehicle collision at issue also occurred in Little Rock, Pulaski County, Arkansas.

### II. PARTIES TO THE CLAIM

3. At the time of the incident described herein, Plaintiff was a resident of Little Rock, Pulaski County, Arkansas.

4. At the time of the incident described herein, Defendant Ross Atkins was a resident of Fort Worth, Texas, and was an employee of Defendant Bancroft & Sons Transportation, LLC, when he negligently rear-ended Plaintiff's vehicle. Defendant Ross Atkins can be served at his home located at 8417 Bellchase Drive, Apt# 17, Fort Worth, TX 76120.

5. Defendant Bancroft & Sons Transportation, LLC, the employer of Defendant Ross

Atkins at the time of the collision at issue in this case, is a foreign corporation doing business in Arkansas at the time of the collision, as their driver, Defendant Ross Atkins, was driving its tractor trailer truck, while in the course and performance of his employment with Defendant Bancroft & Sons Transportation, LLC, in Little Rock, Pulaski County, Arkansas.

### III. STATEMENT OF THE CASE

6. On December 5, 2014, at approximately 12:20 a.m., Plaintiff Tyler Butler was driving his mother's 2004 Toyota Avalon on east in the outside lane of I-30, near the 65th Street Exit in Little Rock, Pulaski County, Arkansas. At the same place and time, Defendant Ross Atkins, while in the course and performance of his employment with Defendant Bancroft & Sons Transportation, LLC, was driving his employer's 2015 Volvo Tractor Trailer truck east in the outside lane of I-30, near the 65th Street Exit in Little Rock, Pulaski County, Arkansas, behind Plaintiff's vehicle, when he carelessly and negligently rear-ended Plaintiff's vehicle causing substantial damage to his mother vehicle to the point of being totaled and causing severe injuries to Plaintiff.

7. Defendant Ross Atkins, while in the course and performance of his employment with Defendant Bancroft & Sons Transportation, LLC, was negligent in the following particulars, with that negligence being imputed to his employer Defendant Bancroft & Sons Transportation, LLC:

   (a) In failing to keep a proper lookout by looking down and away from the roadway and traffic in front of him

   (b) In failing to keep the vehicle he was driving under proper control;

   (c) In failing to yield the right of way to Plaintiff's vehicle in violation of Arkansas law;

   (d) In driving the said vehicle at a speed greater than was reasonable and prudent

under the circumstances (fog) then existing;

(f) In failing to exercise ordinary care for his own safety and for the safety of others using the roadway; and

(h) In following vehicles too closely in violation of law.

8. These acts of negligence and carelessness on the part of Defendant were the proximate cause of the injuries and damages suffered by the Plaintiff, Taylor Grimes, as more specifically described herein.

9. As a proximate result of the negligence and carelessness of Defendant Ross Atkins, with that negligence being imputed to his employer Defendant Bancroft & Sons Transportation, LLC, Plaintiff Tyler Butler was injured and his mother's vehicle was totaled in the collision. Specifically, Plaintiff Tyler Butler Tyler Butler's initial encounter for treatment was at Baptist Health Medical Center where he complained of injuries to his head/neck and shoulder/arm. He followed-up with All For Kids with his injuries still bothering him and to be re-evaluated. He advised he still had pain in his elbow, shoulder, back, left forehead and neck. His left eye was still sore and that he was given flexeril and naproxen for pain. Mr. Butler was referred to Baptist Health Therapy for physical therapy of his injuries. He also was referred to OrthoArkansas where it was determined that he had right shoulder rotator cuff tear. He had to undergo Arthroscopy and debridement of rotator cuff tear, with that surgery occurring on February 16, 2015. As a result of his injuries and treatment, as outlined above, Plaintiff Tyler Butler incurred medicals of at least $28,195.42, surgery, rehab and pain and suffering. Plaintiff Tyler Butler also lost wages at his job with Panera Bread.

10. Plaintiff Tyler Butler is entitled to recover for the following damages, all of which were proximately caused by the negligence and carelessness of Defendant Ross Atkins, with that

negligence being imputed to his employer Defendant Bancroft & Sons Transportation, LLC,:

    (a)    Damages for severe emotional distress suffered by Plaintiff after the impact and continuing through the present;

    (b)    Damages for severe pain and suffering visited upon Plaintiff due to his injuries;

    (c)    Compensatory damages for medical and other out of pocket expenses;

    (d)    Damages for future pain and suffering;

    (e)    Damages for lost wages;

    (f)    Compensatory damages for the nature, extent and duration of his injuries; and

    (g)    Damages for the scars, disfigurement and visible results of his injuries.

11. Plaintiff's total compensatory damages, as shall be proved by the evidence, are in excess of $150,000.00.

12. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, Tyler Butler, prays that he have and recover judgment against Defendant Ross Atkins and against his employer Defendant Bancroft & Sons Transportation, LLC, which is vicariously liable for Defendant Ross Atkins' negligent conduct and damages caused to Plaintiff by that conduct, in the sum of at least $150,000.00 in compensatory damages, for costs, for post-judgment interest, and for all other proper relief.

Respectfully submitted,

/s/ Todd Griffin, #91064
Attorney for Plaintiff
LAW OFFICES OF TODD GRIFFIN
415 N. McKinley, Suite 1000
Little Rock, AR 72205
(501) 975-6655