IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TYLER BUTLER                                                                PLAINTIFF

VS.                 CASE NO. 4:16-cv-144-JM

ROSS ATKINS and BANCROFT & SONS
TRANSPORTATION, LLC                              DEFENDANT

## STIPULATION FOR DISMISSAL

The Court is advised that plaintiff and defendants have entered in a settlement agreement involving all claims that were made or could have been made in this lawsuit. They stipulate that the claims and causes of action that were or could have been asserted by the plaintiff against defendants or any of them should be dismissed with prejudice.

WHEREFORE, plaintiff, Tyler Butler, and defendants, Ross Atkins and Bancroft & Sons Transportation, LLC, stipulate that they have entered in a settlement agreement involving all claims that were made or could have been made in this lawsuit. They stipulate that the claims and causes of action that were or could have been asserted by the plaintiff against defendants or any of them should be dismissed with prejudice, and move this court to enter an order of dismissal with prejudice, accordingly; and for all other proper relief.

                                        WRIGHT, LINDSEY & JENNINGS LLP
                                        200 West Capitol Avenue, Suite 2300
                                        Little Rock, Arkansas 72201-3699
                                        (501) 371-0808
                                        E-MAIL: jsallings@wlj.com

                                        By _____
                                            Jerry J. Sallings (84134)
                                            Attorneys for defendants

TODD GRIFFIN, PLLC
Plaza West Building
415 North McKinley, Suite 1000
Little Rock, Arkansas 72205

By _____
    Mr. Todd Griffin
    Attorneys for plaintiff

1310725-v1